# Exhibit 3

**Signature Bank Loss Chart**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | $17.22 |
| Aradhana Chopra | 3/7/2023 | 10,401 | ($107.09) | ($1,113,843.09) | | | | | 10,401 | $179,071.00 | ($934,772.09) | |