# EXHIBIT A

**Signature Bank (SBNY)**
**Class Period: April 23, 2020 - March 12, 2023**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 61-Days* Mean Price $0.1053 Estimated Value | FIFO Estimated Gain(Loss) | LIFO Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Summary | | | | | | | | | | | | |
| Wayne County Employees' Retirement System | | 15,815 | | ($2,149,233) | | (27,515) | | $2,044,655 | 14,795 | | ($1,949,952) | ($1,345,922) |
| Mississippi Public Employees' Retirement System | | 15,090 | | ($3,466,821) | | (18,283) | | $1,326,862 | 10,163 | | ($2,801,472) | ($2,672,520) |
| **Total** | | **30,905** | | **($5,616,054)** | | **(45,798)** | | **$3,371,517** | **24,958** | | **($4,751,424)** | **($4,018,442)** |
| Calculation Detail | | | | | | | | | | | | |
| **Wayne County Employees' Retirement System** | | | | | | | | | | | | |
| Wayne County Employees' Retirement System | | | | | PreClass | 11,700 | | | | | | |
| Wayne County Employees' Retirement System | 10/20/2020 | 4,400 | $83.1369 | ($365,802) | 8/25/2020 | (3,100) | $97.1770 | $301,249 | | | | |
| Wayne County Employees' Retirement System | 5/11/2022 | 2,800 | $205.2969 | ($574,831) | 1/14/2021 | (3,000) | $159.1488 | $477,446 | | | | |
| Wayne County Employees' Retirement System | 7/29/2022 | 1,750 | $187.1648 | ($327,538) | 1/28/2021 | (2,600) | $162.6755 | $422,956 | | | | |
| Wayne County Employees' Retirement System | 11/15/2022 | 2,320 | $150.9550 | ($350,216) | 2/9/2021 | (2,025) | $202.4874 | $410,037 | | | | |
| Wayne County Employees' Retirement System | 1/13/2023 | 4,545 | $116.7977 | ($530,846) | 4/21/2021 | (1,395) | $239.6772 | $334,350 | | | | |
| Wayne County Employees' Retirement System | | | | | 9/22/2022 | (600) | $161.2768 | $96,766 | | | | |
| Wayne County Employees' Retirement System | | | | | 5/9/2023 | (14,795) | $0.1251 | $1,851 | | | | |
| **Wayne County Employees' Retirement System** | | **15,815** | | **($2,149,233)** | | **(27,515)** | | **$2,044,655** | **14,795** | **$0** | **($1,949,952)** | **($1,345,922)** |
| **Mississippi Public Employees' Retirement System** | | | | | | | | | | | | |
| Account 1 | 12/17/2021 | 8,709 | $303.4700 | ($2,642,920) | 3/28/2023 | (9,462) | $0.1319 | $1,248 | | | | |
| Account 1 | 3/18/2022 | 353 | $312.6475 | ($110,365) | | | | | | | | |
| Account 1 | 9/1/2022 | 120 | $168.8300 | ($20,260) | | | | | | | | |
| Account 1 | 3/1/2023 | 280 | $114.1100 | ($31,951) | | | | | | | | |
| **Account 1** | | **9,462** | | **($2,805,495)** | | **(9,462)** | | **$1,248** | **9,462** | **$0** | **($2,804,247)** | **($2,804,247)** |
| Account 2 | | | | | PreClass | 3,193 | | | | | | |
| Account 2 | 6/2/2020 | 19 | $106.0500 | ($2,015) | 6/26/2020 | (103) | $102.6313 | $10,571 | | | | |
| Account 2 | 7/22/2020 | 18 | $109.5900 | ($1,973) | 7/1/2020 | (47) | $105.3000 | $4,949 | | | | |
| Account 2 | 2/9/2021 | 208 | $210.6000 | ($43,805) | 6/25/2021 | (68) | $256.4541 | $17,439 | | | | |
| Account 2 | 3/19/2021 | 30 | $238.3380 | ($7,150) | 3/24/2021 | (286) | $212.2600 | $60,706 | | | | |
| Account 2 | 7/20/2021 | 24 | $235.5000 | ($5,652) | 9/15/2021 | (139) | $262.6600 | $36,510 | | | | |
| Account 2 | 9/17/2021 | 138 | $261.6708 | ($36,111) | 6/24/2022 | (29) | $192.1476 | $5,572 | | | | |
| Account 2 | 2/11/2022 | 54 | $336.5900 | ($18,176) | 9/20/2022 | (461) | $169.0800 | $77,946 | | | | |
| Account 2 | 3/18/2022 | 120 | $312.6500 | ($37,518) | 10/13/2022 | (2,671) | $153.7900 | $410,773 | | | | |
| **Account 2** | | **611** | | **($152,399)** | | **(3,804)** | | **$624,466** | **0** | **$0** | **($58,433)** | **($36,385)** |
| Account 3 | 10/8/2020 | 1,025 | $87.4453 | ($89,631) | 12/15/2020 | (2,083) | $129.5941 | $269,945 | | | | |
| Account 3 | 10/21/2020 | 1,447 | $84.8128 | ($122,724) | 12/23/2020 | (1,377) | $134.9453 | $185,820 | | | | |
| Account 3 | 10/23/2020 | 1,844 | $84.7191 | ($156,222) | 12/29/2020 | (856) | $133.5243 | $114,297 | | | | |
| **Account 3** | | **4,316** | | **($368,578)** | | **(4,316)** | | **$570,061** | **0** | **$0** | **$201,483** | **$201,483** |
| Account 4 | | | | | PreClass | 1,475 | | | | | | |
| **Account 4** | 2/2/2021 | 572 | $177.1903 | ($101,353) | 8/9/2022 | (701) | $187.0000 | $131,087 | 572 | $60 | ($101,293) | $5,611 |
| **Account 5** | 11/30/2021 | 129 | $302.2974 | ($38,996) | | | | | 129 | $14 | ($38,983) | ($38,983) |
| **Mississippi Public Employees' Retirement System** | | **15,090** | | **($3,466,821)** | | **(18,283)** | | **$1,326,862** | **10,163** | | **($2,801,472)** | **($2,672,520)** |

*Avg Closing Pirces from March 13, 2023 to May 12, 2023