**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
275 Madison Ave., 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
lrosen@rosenlegal.com

*Counsel for Plaintiff Matthew Schaeffer*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW SCHAEFFER, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SIGNATURE BANK, JOSEPH DEPAOLO, STEPHEN WYREMSKI, and ERIC HOWELL,<br><br>Defendants. | Case No. 1:23-cv-01921-FB-JRC<br><br>NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANT SIGNATURE BANK<br><br>CLASS ACTION |

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a), Plaintiff Matthew Schaeffer (“Plaintiff”) hereby voluntarily dismisses, without prejudice, the above-captioned action against Defendant Signature Bank. Defendant Signature Bank has not filed an answer or moved for summary judgment.

Plaintiff preserves all claims against the remaining Defendants in this action.

Dated: July 26, 2023

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**
/s/ Phillip Kim
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
275 Madison Ave., 40th Floor
New York, NY 10016

Tel: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com
Email: pkim@rosenlegal.com

*Counsel for Plaintiff Matthew Schaeffer*