UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------

Matthew Schaeffer, et al
                Plaintiffs,

V.

Signature Bank, et al.,
                Defendant.

----------------------------------------------------

CONSOLIDATION ORDER

CV-23-1921(FB)(JRC)
CV-23-2501(FB)(JRC)

       IT IS ORDERED that case number CV-23-2501 be consolidated into lead case number CV-23-1921 as related actions.

       IT IS FURTHER ORDERED that case number CV-23-2501 be administratively closed and all further entries be made on the lead case, docket number CV-23-1921.

       /S/ Frederic Block
       UNITED STATES DISTRICT JUDGE

DATED: Brooklyn, N.Y.
        August 11, 2023