**WOLLMUTH MAHER & DEUTSCH LLP**
500 FIFTH AVENUE
NEW YORK, NEW YORK 10110
_____

TELEPHONE (212) 382-3300
FACSIMILE (212) 382-0050

September 1, 2023

**VIA ECF AND FEDEX**
Gerald Harlan Silk
John Rizio-Hamilton
Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas
New York, NY 10020
Email: jerry@blbglaw.com
Email: johnr@blbglaw.com

Naumon A. Amjed
Sharan Nirmul
Kessler Topaz Meltzer & Check, LLP
280 King of Prussia Road
Radnor, PA 19087
Email: namjed@ktmc.com
Email: snirmul@ktmc.com

     Re: *Sjunde AP-Fonden, et al., v. Signature Bank, et al.*,
        Case No. 23-cv-01921-FB-JRC

Dear Counsel:

  We represent the proposed intervenor, the Federal Deposit Insurance Corporation as Receiver for Signature Bank ("FDIC-R"), in the above-referenced action. Pursuant to the Honorable Frederic Block's Rules of Practice, enclosed, for service, please find copies of the following documents:

  (1) FDIC-R's Notice of Motion to Intervene and for Leave to File a Motion to Dismiss;
  (2) FDIC-R's Memorandum of Law in Support of its Motion to Intervene with Exhibit A thereto; and
  (3) Declaration of Donald G. Grieser, with Exhibits A-E thereto.

  Because Plaintiffs have not consented to the FDIC-R's Motion to Intervene and refused to meet and confer regarding a briefing schedule in accordance with Judge Block's Rules of Practice, we will request that Judge Block enter a briefing schedule.[1]

---

[1] Plaintiffs' position that the FDIC-R is required to submit a pre-motion conference letter is inconsistent with the Court's Electronic Order, entered May 16, 2023, in this action in which the Court stated: "J. Block does not require pre-motion conferences on non-dispositive pre-trial motions."

Respectfully,

*/s/ Ryan A. Kane*
Ryan A. Kane

Cc:     The Honorable Frederic Block (*via* ECF without enclosures)