**SJUNDE AP-FONDEN, ET AL   VS.  SIGNATURE BANK, ET AL**

**CV-23-1921 (FB)(JRC)**

**MOVANTS**

| | |
|---|---|
| Sharen Nirmul | Shanker Babu |
| John Rizio-Hamilton | Sjunde AP-Fonden |
| Naumon Amjed | |

**RECEIVER**

| | |
|---|---|
| F.D.I.C. | Ryan Kane |
| | Adam Bialek |

**DEFENDANTS**

| | |
|---|---|
| Joseph DePaolo | Ryan Dykhouse by telephone 314-489=9768 |
| | Margaret Mortimor by telephone |
| Stephen Wyremski | |
| Eric Howell | Peter Simmons |