**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SJUNDE AP-FONDEN, Individually and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>vs.<br><br>JOSEPH J. DEPAOLO, et al.<br><br>　　Defendants. | Civil Case No. 1:23-cv-01921-FB-JRC<br><br>Honorable Frederic Block<br><br>CLASS ACTION |

**JOINT STIPULATION AND [PROPOSED] ORDER**
**REGARDING PLAINTIFFS FILING OF A CORRECTED**
**CONSOLIDATED COMPLAINT FOR VIOLATIONS OF THE**
**FEDERAL SECURITIES LAWS**

WHEREAS, on August 10, 2023, the Court appointed Sjunde AP-Fonden ("AP7") as Lead Plaintiff and Kessler Topaz Meltzer & Check, LLP and Bernstein Litowitz Berger & Grossman LLP as Lead Counsel for the Class (ECF No. 51);

WHEREAS, at an October 5, 2023 hearing, the Court ordered Lead Plaintiff to file a consolidated complaint 45 days from the date of the hearing (ECF No. 63);

WHEREAS, on November 20, 2023, Plaintiffs filed a Consolidated Complaint for Violations of the Federal Securities Laws (the "Complaint") (ECF No. 66) that named Joseph DePaolo, Eric Howell, Frank Santora, Joseph Seibert, Scott Shay, Vito Susca, Stephen Wyremski, and KPMG International Limited as Defendants (Complaint, ¶¶ 31–39);

WHEREAS, Lead Plaintiff now intends to correct the KPMG entity named as a Defendant in the Complaint, replacing KPMG International Limited with KPMG LLP;

WHEREAS, this proposed revision will change only the name of the KPMG entity listed in the case caption and elsewhere throughout the Complaint;

WHEREAS, the proposed revision will not affect or alter the existing case management or briefing schedule set by the Court on November 27, 2023;

WHEREAS, Lead Plaintiff has conferred with opposing counsel for Defendants who have entered appearances in this case to date and each consented to the proposed revision;

WHEREAS, as a courtesy, on November 29, 2023, Lead Plaintiff also informed the FDIC of the proposed revision;

WHEREAS, Exhibit A to the parties' stipulation and proposed order is a blackline of the Complaint that reflects the proposed revisions.

IT IS HEREBY STIPULATED AND AGREED, by the Parties, through their undersigned counsel, subject to Court approval, as follows:

1. Lead Plaintiff will promptly file a corrected consolidated complaint with the proposed revisions identified herein.

2. Defendants agree that their impending Motions to Dismiss shall apply to the corrected consolidated complaint, rather than the Complaint filed on November 20, 2023 (ECF No. 66).

3. The caption in this action shall be revised to identify KPMG LLP and remove KPMG International Limited.

DATED: December 1, 2023                             Respectfully submitted,

**FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**

*/s/ Peter L. Simmons*
Peter L. Simmons
One New York Plaza,
New York, NY 10004
Telephone: (212) 859-8455
Peter.Simmons@friedfrank.com

*Counsel for Defendant Eric Howell*

**DECHERT LLP**

*/s/ Michael S. Doluisio*
Michael S. Doluisio
Cira Centre, 2929 Arch Street,
Philadelphia, PA, 19104-2808
Telephone: (215) 994-2325
Facsimile: (215) 994-2222
michael.doluisio@dechert.com

*Counsel for Defendant Joseph DePaulo*

**KESSLER TOPAZ MELTZER & CHECK, LLP**

By: */s/ Sharan Nirmul*
Sharan Nirmul
Richard A. Russo, Jr.
Joshua A. Materese
Nathaniel C. Simon (pro hac vice forthcoming)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
snirmul@ktmc.com
rrusso@ktmc.com
jmaterese@ktmc.com
nsimon@ktmc.com

Max Johnson (pro hac vice forthcoming)
One Sansome Street
Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001
mjohnson@ktmc.com

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

By: */s/ John Rizio-Hamilton*
John Rizio-Hamilton
Jeremy Robinson
John J. Esmay
Jonathan G. D'Errico
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
johnr@blbglaw.com
jeremy@blbglaw.com
john.esmay@blbglaw.com
Jonathan.derrico@blbglaw.com

*Co-Counsel for Lead Plaintiff Sjunde AP-Fonden*

SO ORDERED.

DATED: __December 1__, 2023.


  /S/ Frederic Block  
HON. FREDERIC BLOCK
UNITED STATES DISTRICT JUDGE

3