# EXHIBIT A

# CERTIFICATION

Sjunde AP-Fonden ("AP7" or "Lead Plaintiff")[1] declares as to the claims asserted under the federal securities laws that:

1. Lead Plaintiff did not purchase the securities that are the subject of this action at the direction of Lead Plaintiff's counsel or in order to participate in any private action.

2. Lead Plaintiff has been serving and will continue to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

3. Lead Plaintiff's Class Period purchase and sale transactions in the Signature Bank securities that are the subject of this action are attached in Schedule A.

4. AP7 has full power and authority to bring suit to recover for its investment losses.

5. Lead Plaintiff has fully reviewed the Consolidated Complaint for Violations of the Federal Securities Laws and authorizes its filing.

6. I, Pål Bergström, Chief Executive Officer of AP7, am authorized to make legal decisions on behalf of AP7.

7. Lead Plaintiff intends to actively monitor and vigorously pursue this action for the benefit of the class.

8. Lead Plaintiff will endeavor to provide fair and adequate representation and work directly with the efforts of class counsel to ensure that the largest recovery for the class consistent with good faith and meritorious judgment is obtained.

---

[1] AP7 is acting on behalf of the AP7 Equity Fund in this litigation. All references to "Sjunde AP-Fonden" or "AP7" in this litigation are to AP7 acting on behalf of the AP7 Equity Fund. AP7 is obligated by law to protect and act on behalf of the Equity Fund which is a pool of assets not capable of taking any legal action itself. AP7 is the only entity capable of protecting the Equity Fund.

9. AP7 is currently serving or has served as a representative party for a class action filed under the federal securities laws during the three years prior to the date of this certification in *Crews v. Rivian Automotive, Inc.*, No. 22-cv-1524 (C.D. Cal.), *In re Lucid Group, Inc. Securities Litigation*, No. 22-cv-2094 (N.D. Cal.), *In re Coinbase Global, Inc. Securities Litigation*, No. 22-cv-4915 (D.N.J.), and *Sjunde AP-Fonden v. Signature Bank*, No. 23-cv-1921 (E.D.N.Y.).

10. AP7 has sought to serve and was not appointed as a representative party for a class action filed under the federal securities laws during the three years prior to the date of this Certification in *Jaeger v. Zillow Group, Inc.*, No. 21-cv-1551 (W.D. Wash.), *City of Hialeah Employees' Retirement System v. Peloton Interactive, Inc.*, No. 21-cv-9582 (S.D.N.Y.), and *Vanipenta v. SVB Financial Group*, No. 23-cv-1097 (N.D. Cal.) (motion pending).

11. Lead Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond Lead Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this  11/17/2023  day of November 2023.

**Sjunde AP-Fonden**

By: *Pål Bergström* (DocuSigned, AE12A569A9A34E7...)
Pål Bergström
*Chief Executive Officer*

## SCHEDULE A

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Common Stock | Buy | 10/21/2021 | 8,900 | $307.81 |
| Common Stock | Buy | 10/21/2021 | 100 | $309.99 |
| Common Stock | Buy | 10/27/2021 | 9,000 | $299.45 |
| Common Stock | Buy | 11/30/2021 | 31,512 | $302.30 |
| Common Stock | Buy | 11/30/2021 | 5,265 | $302.30 |
| Common Stock | Buy | 11/30/2021 | 15,164 | $302.30 |
| Common Stock | Buy | 2/28/2022 | 2,424 | $344.89 |
| Common Stock | Buy | 12/12/2022 | 4,309 | $122.73 |