**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SJUNDE AP-FONDEN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH DEPAOLO, ERIC HOWELL, FRANK SANTORA, JOSEPH SEIBERT, SCOTT SHAY, VITO SUSCA, STEPHEN WYREMSKI, and KPMG LLP,<br><br>Defendants. | Civ. No. 1:23-cv-01921-FB-JRC<br><br>**ORDER** |

**WHEREAS** the Federal Deposit Insurance Corporation as Receiver ("FDIC-R") for Signature Bank moved to intervene in this action, ECF No. 54, and Lead Plaintiff does not oppose the FDIC-R's intervention for the purpose of filing a motion to dismiss the Corrected Consolidated Complaint (ECF No. 70);

**IT IS HEREBY ORDERED** that the FDIC-R is granted permission to intervene pursuant to Federal Rule of Civil Procedure 24 in this action to move to dismiss the Corrected Consolidated Complaint;

**IT IS FURTHER ORDERED** that the parties shall comply with the following briefing schedule:

| **Motion** | **Deadline** |
|---|---|
| FDIC-R's Opening Motion to Dismiss | December 22, 2023 |
| Lead Plaintiff's Opposition to the FDIC-R's Motion Dismiss | February 2, 2024 |

| | |
|---|---|
| FDIC-R's Reply in Further Support of its Motion to Dismiss | March 1, 2024 |

**SO ORDERED:**

/S/ Frederic Block

HONORABLE FREDERIC BLOCK
UNITED STATES DISTRICT JUDGE

DATED: 12-5-2023