**WOLLMUTH MAHER & DEUTSCH LLP**
500 FIFTH AVENUE
NEW YORK, NEW YORK 10110
_____

TELEPHONE (212) 382-3300
FACSIMILE (212) 382-0050

December 22, 2023

**VIA ECF AND EMAIL**
John Rizio-Hamilton
Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas
New York, NY 10020
Email: johnr@blbglaw.com

Sharan Nirmul
Kessler Topaz Meltzer & Check, LLP
280 King of Prussia Road
Radnor, PA 19087
Email: snirmul@ktmc.com

      Re:    *Sjunde AP-Fonden, et al., v. DePaolo, et al.*,
                Case No. 23-cv-01921-FB-JRC

Dear Counsel:

      We represent the intervenor, the Federal Deposit Insurance Corporation ("FDIC") as Receiver for Signature Bank ("FDIC-R"), in the above-referenced action. Pursuant to the Honorable Frederic Block's Rules of Practice, enclosed, for service, please find copies of the following documents:

      (1) FDIC-R's Notice of Motion to Dismiss;
      (2) FDIC-R's Memorandum of Law in Support of its Motion to Dismiss; and
      (3) Declaration of Donald G. Grieser, with Exhibits A-E thereto.

                                          Respectfully,

                                          */s/ Ryan A. Kane*
                                          Ryan A. Kane

enclosures

Cc:    The Honorable Frederic Block (*via* ECF without enclosures)
          Counsel of Record (*via* email with enclosures)