# BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

ATTORNEYS AT LAW

NEW YORK • CALIFORNIA • ILLINOIS • LOUISIANA • DELAWARE

John Rizio-Hamilton
(212) 554-1505
johnr@blbglaw.com

February 2, 2024

**Via ECF & E-MAIL**
Adam M. Bialek
**Wollmuth Maher & Deutsch LLP**
500 Fifth Avenue
12th Floor
New York, NY 10110
(212) 382-3300
Fax: (212) 382-0050
abialek@wmd-law.com

      Re:    *Sjunde AP-Fonden, et al. v. DePaolo, et al.*,
             Case No. 23-cv-01921-FB-JRC

Dear Counsel:

      We write on behalf of Lead Plaintiff Sjunde AP-Fonden ("AP-7") in the above-referenced action. Pursuant to the Honorable Frederic Block's Individual Rule 2(D), enclosed for service please find copies of the following documents:

    (1) Lead Plaintiff's Memorandum of Law in Opposition to the FDIC's Motion to Dismiss the Complaint; and

    (2) Declaration of John Rizio-Hamilton in Support of Lead Plaintiff's Opposition, with Exhibits A through C thereto.

                                                      Respectfully submitted,

                                                      */s/ John Rizio-Hamilton*
                                                      John Rizio-Hamilton

enclosures

cc:    The Honorable Frederic Block (*via* ECF without enclosures)
         Counsel of Record (*via* email with enclosures)