# EXHIBIT A



KATHY HOCHUL
Governor

ADRIENNE A. HARRIS
Superintendent

March 12, 2023

Frank Hughes
Regional Director
Federal Deposit Insurance Corporation
350 Fifth Avenue, Suite 1200
New York, New York 10118

**Re: Signature Bank -- Appointment of Receiver**

Dear Mr. Hughes:

Pursuant to the provisions of Section 606 of the New York Banking Law, I have this day taken possession of the business and property of Signature Bank, a New York State-chartered, Federal Deposit Insurance Corporation-insured bank.

In accordance with the provisions of Section 634 of such law, I hereby appoint the Federal Deposit Insurance Corporation as receiver of such bank.

Please acknowledge the Federal Deposit Insurance Corporation's agreement with this appointment.

Sincerely,

**Redacted**

Adrienne A. Harris
Superintendent of Financial Services



**FDIC**
Division of Resolutions and Receiverships
600 North Pearl Street, Suite 700
Dallas, TX 75201

March 12, 2023

Adrienne A. Harris
Superintendent
New York State Department of Financial Services
1 State Street
New York, NY 10004-1511

**Subject:**   **Signature Bank**
**New York, New York – In Receivership**
**Acceptance of Appointment as Receiver**

Dear Superintendent Harris:

Please be advised that the Federal Deposit Insurance Corporation accepts its appointment as Receiver of the captioned depository institution, in accordance with the Federal Deposit Insurance Act, as amended.

Sincerely,

FEDERAL DEPOSIT INSURANCE CORPORATION

**Redacted**

By: _____
George H. Howard
Receiver-in-Charge

H.01.b LDCMFI/Accept Appointment as Receiver.doc                                                04/08