# EXHIBIT B



# PUBLICATION NOTICE TO CREDITORS AND DEPOSITORS OF SIGNATURE BANK
# NEW YORK, NY

On **March 12, 2023** (the "Closing Date"), the **New York State Department of Financial Services closed SIGNATURE BANK, New York, NY** (the "Failed Institution") and appointed the Federal Deposit Insurance Corporation (the "FDIC") as Receiver (the "Receiver") to handle all matters relating to the Failed Institution.

## TO THE CREDITORS OF THE FAILED INSTITUTION

All creditors having claims against the Failed Institution must submit their claims in writing, together with proof of the claims, to the Receiver **on or before July 17, 2023** (the "Claims Bar Date"). You may submit your proof of claim form via our interactive FDIC Claims Portal at https://resolutions.fdic.gov/claimsportal/s/, the FDIC website at https://www.fdic.gov/resources/forms/deposit-claims-and-asset-sales/index.html, or by calling 972-761-8677.

Claims may be submitted through the FDIC Claims Portal, or mailed to the following address:

FDIC as Receiver of
**Signature Bank**
600 Pearl Street, Suite 700, Dallas, TX 75201
Attention: Claim Agent **10540**

**Under federal law 12 U.S.C. Section 1821(d)(5)(C), failure to file a claim on or before the Claims Bar Date will result in the Receiver disallowing the claim. The disallowance is final.**

NOTE TO CLASS CLAIMANTS: By law, the Receiver will not accept a claim filed on behalf of a proposed class of individuals or entities or a class of individuals or entities certified by a court. EACH individual or entity must file a separate claim with the Receiver.

## TO THE DEPOSITORS OF SIGNATURE BANK

On **March 12, 2023,** the FDIC, which insures your deposits in its corporate capacity, arranged for the transfer of all deposits ("Deposits") - including the uninsured amounts – to **SIGNATURE BRIDGE BANK, N.A**.  On **March 20, 2023**, the **Office of the Comptroller of the Currency** closed **SIGNATURE BRIDGE BANK, N.A., New York, NY** and appointed the Federal Deposit Insurance Corporation as Receiver to handle all matters relating to the Failed Institution.  Please see the Signature Bridge Bank, N.A. publication notice for information about your deposits or visit www.FDIC.gov.

FDIC 46000
NYTimes
5.7" x 5"
(10540 - SIGNATURE BANK)