# EXHIBIT E



**Federal Deposit Insurance Corporation**
600 North Pearl Street, Suite 700, Dallas, TX  75201                         Division of Resolutions and Receiverships

August 28, 2023

<u>**VIA EMAIL ONLY**</u>
SJUNDE AP-FONDEN ON BEHALF OF A PUTATIVE CLASS
C/O DARREN J. CHECK
KESSLER TOPAZ MELTZER & CHECK, LLP
280 KING OF PRUSSIA ROAD
RADNOR, PA 19807
dcheck@ktmc.com

SUBJECT:   10540 – Signature Bank
New York, NY – In Receivership
Closing Date: March 12, 2023
Claims Bar Date: July 17, 2023
**<u>NOTICE OF UNACCEPTED CLAIM BY SJUNDE AP-FONDEN
ON BEHALF OF PUTATIVE CLASS</u>**

Dear Claimant:

On March 12, 2023 (the "Closing Date"), the New York State Department of Financial Services closed Signature Bank (the "Failed Institution") and appointed the Federal Deposit Insurance Corporation ("FDIC") as Receiver (the "Receiver").

On July 17, 2023, an administrative claim was submitted by your counsel purportedly in your name "on behalf of a Putative Class."  The Receiver is **hereby notifying you that by law, the Receiver does not accept class claims for review**.  Attached is a copy of the unaccepted claim (NS Redacted  ).  Please be advised that this does not constitute a disallowance under 12 U.S.C. § 1821(d)(5)(A)(i).

This was also expressly stated in the Notice to Discovered Claimant to Present Proof of Claim, which was sent to you in care of your counsel on June 1, 2023 (attached hereto), and in multiple publication notices to creditors and depositors of Signature Bank. The specific language is referenced here for your review:

> **Note to Class Claimants:**  By law, the Receiver will not accept a claim filed on behalf of a proposed class of individuals or entities or a class of individuals or entities certified by a court. EACH individual or entity must file a separate claim with the Receiver.

Under the circumstances, please disregard any prior communication you may have received regarding the unaccepted claim on behalf of the putative class, including the e-mail sent to your counsel on August 4, 2023.

Lastly, please also be advised that the individual claim submitted by counsel on behalf of Sjunde AP-Fonden on July 17, 2023 (NS Redacted  ) is pending review by the Receiver and that the Receiver has 180 days from the date of filing to determine whether to allow or disallow that individual claim.

FEDERAL DEPOSIT INSURANCE CORPORATION,
AS RECEIVER FOR SIGNATURE BANK

Cc:  PETER FELDMAN via email (pfeldman@otterbourg.com)
Enclosures: Unaccepted Claim and DCL Notice