**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

SJUNDE AP-FONDEN, Individually and on
behalf of all others similarly situated,

                Plaintiff,

      v.

JOSEPH J. DEPAOLO, ERIC HOWELL,
FRANK SANTORA, JOSEPH SEIBERT,
SCOTT A. SHAY, VITO SUSCA, STEPHEN
D. WYREMSKI, and KPMG LLP,

              Defendants.

Case No.: 23-cv-01921-FB-JRC

## CERTIFICATE OF SERVICE

    I, Ryan A. Kane, hereby certify that on December 22, 2023, I caused the following

documents to be served by electronic mail on Counsel, listed on the attached Schedule A, in the

above referenced action:

    (1) Cover Letter addressed to Counsel, dated December 22, 2023;

    (2) Federal Deposit Insurance Corporation as Receiver for Signature Bank's ("FDIC-R")
        Notice of Motion to Dismiss;

    (3) Memorandum of Law in Support of FDIC-R's Motion to Dismiss; and

    (4) Declaration of Donald G. Grieser, with Exhibits A-E thereto.

Date: December 22, 2023
     New York, New York

*/s/ Ryan A. Kane*
Ryan A. Kane
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Phone: (212) 382-3300
rkane@wmd-law.com

*Attorneys for Federal Deposit Insurance*
*Corporation as Receiver for Signature Bank*

**Schedule A**

Gerald Harlan Silk
John Rizio-Hamilton
Jeremy Robinson
John Julian Esmay
Jonathan D'Errico
Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas
New York, NY 10020
jerry@blbglaw.com
johnr@blbglaw.com
jeremy@blbglaw.com
John.Esmay@blbglaw.com
Jonathan.DErrico@blbglaw.com

Joshua A. Materese
Nathaniel Simon
Naumon A. Amjed
Richard A Russo, Jr
Sharan Nirmul
Kessler Topaz Meltzer & Check, LLP
280 King of Prussia Road
Radnor, PA 19087
jmaterese@ktmc.com
nsimon@ktmc.com
namjed@ktmc.com
rrusso@ktmc.com
snirmul@ktmc.com

Bina M. Peltz
Michael S Doluisio
Dechert, LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
bina.peltz@dechert.com
michael.doluisio@dechert.com

Richard Ryan Dykhouse
Margaret Mortimer
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036
ryan.dykhouse@dechert.com
margaret.mortimer@dechert.com

Anand Sithian
Daniel Louis Zelenko
Crowell & Moring LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
asithian@crowell.com
dzelenko@crowell.com

Peter L. Simmons
Fried Frank Harris Shriver & Jacobson, LLP
One New York Plaza
New York, NY 10004
peter.simmons@friedfrank.com

David B. Massey
Emily Barbara Cooper
Perkins Coie LLP
1155 Avenue of the Americas
Ste 22nd Floor
New York, NY 10036
DMassey@perkinscoie.com
ECooper@perkinscoie.com

Jonathan Andrew Harris
Joseph Terence Gallagher
Harris St. Laurent & Wechsler LLP
New York
40 Wall Street
Ste 53 Floor
New York, NY 10005
jon@hs-law.com
jgallagher@hs-law.com

Alan Mark Vinegrad
Covington & Burling
620 Eighth Avenue
New York, NY 10018
avinegrad@cov.com