UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SJUNDE AP-FONDEN, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>JOSEPH J. DEPAOLO, ERIC HOWELL, FRANK SANTORA, JOSEPH SEIBERT, SCOTT A. SHAY, VITO SUSCA, STEPHEN D. WYREMSKI, and KPMG, LLP,<br><br>　　　　　　　　　　Defendants. | 1:23-cv-01921-FB-JRC<br><br>**DEFENDANTS JOSEPH J. DEPAOLO AND ERIC HOWELL'S NOTICE OF MOTION TO DISMISS** |

　　　　PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Defendants Joseph J. DePaolo and Eric Howell's Motion to Dismiss Consolidated Class Action Complaint, the Declaration of Peter L. Simmons, dated February 13, 2024, and the exhibits thereto, and upon all prior pleadings and proceedings, the undersigned will move this Court, before the Honorable Frederic Block, United States District Judge for the Eastern District of New York, at the Theodore Roosevelt Federal Courthouse, 225 Cadman Plaza East, Brooklyn, NY 11201, at a date and time to be determined by the Court, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure granting the motion of defendants Joseph J. DePaolo and Eric Howell to dismiss the complaint and all claims alleged therein for failure to state a claim upon which relief can be granted, and granting such other and further relief as the Court deems just and appropriate.

Dated: New York, New York
February 13, 2024

FRIED, FRANK, HARRIS, SHRIVER
& JACOBSON LLP

By: _____
Peter L. Simmons
Harrison D. Polans

One New York Plaza
New York, New York 10004-1980
Tel: (212) 859-8000
Fax: (212) 859-4000
peter.simmons@friedfrank.com
harrison.polans@friedfrank.com

*Counsel for Defendant*
  *Eric Howell*

DECHERT LLP

Michael Doluisio
Stuart T. Steinberg
Cira Centre
29 Arch Street
Philadelphia, PA 19104
(215) 994-4000
michael.doluisio@dechert.com
stuart.steinberg@dechert.com

R. Ryan Dykhouse
25 Cannon St.
London EC4M 5UB
UK
+44 (0) 20 7184 7000
ryan.dykhouse@dechert.com

*Counsel for Defendant*
  *Joseph DePaolo*