**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SJUNDE AP-FONDEN, Individually and on behalf of all others similarly situated,<br>Plaintiff,<br><br>-v.-<br><br>JOSEPH J. DEPAOLO, ERIC HOWELL, FRANK SANTORA, JOSEPH SEIBERT, SCOTT A. SHAY, VITO SUSCA, STEPHEN D. WYREMSKI, and KPMG LLP,<br><br>Defendants. | Civil Case No. 1:23-cv-01921-FB-JRC<br><br>**NOTICE OF MOTION OF SCOTT A. SHAY TO DISMISS THE CORRECTED CONSOLIDATED COMPLAINT** |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Scott A. Shay's Motion to Dismiss the Corrected Consolidated Complaint dated February 13, 2024, the Declaration of Jonathan M. Sperling in Support of Scott A. Shay's Motion to Dismiss the Corrected Consolidated Complaint dated February 13, 2024, and the exhibits thereto, the Memorandum of Law in Support of Certain Individual Defendants' Motion to Dismiss Consolidated Class Action Complaint dated February 13, 2024, the Declaration of Peter L. Simmons in Support of Certain Individual Defendants' Motion to Dismiss Consolidated Class Action Complaint, and all prior papers and pleadings herein, Defendant Scott A. Shay, through his undersigned counsel, will move this Court, before the Hon. Frederic Block, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York, 11201, on such date and at such time as the Court may determine, for the entry of an order: (1) dismissing the Consolidated Complaint against him, pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) and the Private Securities Litigation Reform Act, 15 U.S.C. § 78u–4; and (2) granting him such further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to the scheduling order entered on December 21, 2023 adopting Plaintiff's proposed briefing schedule, *see* ECF 88, answering papers must be served on the undersigned no later than March 29, 2024.

DATED: New York, New York
February 13, 2024

COVINGTON & BURLING LLP

By: s/ Jonathan M. Sperling
Jonathan M. Sperling

Alan Vinegrad
Abigail Kertzman
Giovanni Scarcella
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
(212) 841-1000
avinegrad@cov.com
jsperling@cov.com
akertzman@cov.com
gscarcella@cov.com

*Attorneys for Defendant*
*Scott A. Shay*

To: Counsel of Record