

| | |
|---|---|
| **Anand Sithian**<br>ASithian@crowell.com<br>(212) 895-4270  direct | Crowell & Moring LLP<br>Two Manhattan West<br>375 Ninth Avenue<br>New York, NY 10001<br>+1.212.223.4000  main<br>+1.212.223.4134  fax |

May 24, 2024

**VIA ECF ONLY**

The Honorable Frederic Block
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   ***Sjunde AP-Fonden, et al. v. DePaolo, et al.***, **1:23-cv-01921-FB-JRC (E.D.N.Y.)**
      **Oral Argument – Defendant Stephen Wyremski**

Dear Judge Block:

    We write on behalf of defendant Stephen Wyremski in the above-referenced action. In accordance with Rule 2.E of Your Honor's Individual Motion Practices and Rule, we do not request oral argument on Mr. Wyremski's supplemental motion to dismiss, which is fully briefed as of today. However, should the Court schedule oral argument on any of the pending motions to dismiss, we respectfully request the right to participate and be heard during the argument.

                                       Respectfully submitted,

                                       /s/ Anand Sithian
                                       Anand Sithian

Cc:   Counsel of Record (*via ECF only*)