

Writer's Direct Dial:  484-270-1465
Email:  snirmul@ktmc.com
*Please reply to the Radnor Office*

February 26, 2025

***Via ECF***

Hon. Frederic Block
United States District Court
 for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Sjunde AP-Fonden v. DePaolo, et al.*, No. 1:23-cv-01921-FB-JRC (E.D.N.Y.)

Dear Judge Block:

I, along with Co-Lead Counsel, represent Lead Plaintiff Sjunde AP-Fonden in this action and write regarding the Court's February 13, 2025 Order rescheduling oral argument on the applicability of *Verdi v. Fed. Deposit Ins. Corp.*, 2024 WL 4252038 (S.D.N.Y. Sept. 20, 2024). Due to previously scheduled depositions of certain defendants in the matter styled, *SEB Investment Management AB v. Wells Fargo & Co.*, No. 22-cv-03811 (N.D. Cal.), and attendant travel, I am unavailable on the currently scheduled argument date.

In accordance with the Court's order, I have met and conferred with counsel for all parties regarding their availability on dates following March 11, 2025 and the parties also conferred with the Court's deputy on the Court's available dates.  All parties have indicated that they are available on March 19 or March 20 which are also dates we understand are available on the Court's calendar.

On behalf of all parties, I respectfully request that the oral argument presently scheduled for March 11, 2025 be scheduled on March 19 or March 20, 2025, for good cause shown.

We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ *Sharan Nirmul*
Sharan Nirmul

cc: All counsel of record (via ECF)

280 King of Prussia Road, Radnor, Pennsylvania 19087  T. 610-667-7706  F. 610-667-7056  info@ktmc.com
One Sansome Street, Suite 1850, San Francisco, California 94104  T. 415-400-3000  F. 415-400-3001  info@ktmc.com
KTMC.COM