**SJUNDE AP-FONDEN, ET AL VS. SIGNATURE BANK, ET AL**

**CV-23-1921 (FB)(JRC)**

| **MOVANT** | **COUNSEL** |
|---|---|
| Sjunde AP-Fonden | John Rizio-Hamilton<br>Sharen Nirmul |
| **RECEIVER** | |
| F.D.I.C. [119] | Ryan Kane |
| **INTERVENOR PLAINTIFF** | **COUNSEL** |
| **DEFENDANTS** | |
| Joseph DePaolo [125] | Ryan Dykhouse |
| Eric Howell [125] | Peter Simmons |