**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
SJUNDE AP-FONDEN, individually and on
behalf of all others similarly situated,

      Plaintiff,

  - against -

JOSEPH DEPAOLO, ERIC HOWELL, FRANK
SANTORA, JOSPEH SEIBERT, SCOTT A. SHAY,
VITO SUSCA, STEPHEN WYREMSKI, and
KPMG LLP,

      Defendants,

and FEDERAL DEPOSIT INSURANCE
CORPORATION, in its capacity as Receiver for
Signature Bank,

      Intervenor.
----------------------------------------------------------X

**JUDGMENT**
CV 23-1921 (FB) (JRC)

  A Memorandum and Order of Honorable Frederic Block, United States District Judge, having been filed on March 21, 2025, granting Intervenor Federal Deposit Insurance Corporation's ("FDIC") motion to dismiss, and dismissing this case, it is

  **ORDERED AND ADJUDGED** that Plaintiff Sjunde AP-Fonden take nothing of Defendants Jospeh DePaolo, Eric Howell, Frank Santora, Joseph Seibert, Scott A. Shay, Vito Susca, Stephen Wyremski, and KPMG LLP; that Intervenor FDIC's motion to dismiss is granted; and that this is dismissed.

Dated: March 24, 2025
   Brooklyn, New York

                BRENNA B. MAHONEY
                CLERK OF COURT

              BY: /S/ JAMES J. TORITTO
                DEPUTY CLERK