## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SJUNDE AP-FONDEN, Individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>vs.<br><br>JOSEPH J. DEPAOLO, ERIC HOWELL, FRANK SANTORA, JOSEPH SEIBERT, SCOTT A. SHAY, VITO SUSCA, STEPHEN D. WYREMSKI, and KPMG LLP,<br><br>     Defendants,<br><br>and FEDERAL DEPOSIT INSURANCE CORPORATION, in its capacity as Receiver for Signature Bank,<br><br>     Intervenor. | Case No. 1:23-cv-01921-FB-JRC<br><br>**<u>NOTICE OF APPEAL</u>** |

Notice is hereby given that Lead Plaintiff Sjunde AP-Fonden, in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment, dated March 24, 2025 (ECF No. 150), entered following the Memorandum and Order granting the Intervenor Federal Deposit Insurance Corporation's Motion to Dismiss, dated and entered on March 21, 2025 (ECF No. 149).

Dated: March 27, 2025

Respectfully submitted,

**KESSLER TOPAZ**
 **MELTZER & CHECK, LLP**

By: */s/ Sharan Nirmul*
Sharan Nirmul
Richard A. Russo, Jr. (admitted *pro hac vice*)
Joshua A. Materese (admitted *pro hac vice*)
Nathaniel C. Simon (admitted *pro hac vice*)
280 King of Prussia Road
Radnor, PA 19087

Telephone: (610) 667-7706
Facsimile:  (610) 667-7056
snirmul@ktmc.com
rrusso@ktmc.com
jmaterese@ktmc.com
nsimon@ktmc.com

-and-

**BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP**

John Rizio-Hamilton
Jeremy P. Robinson
John J. Esmay
Alexander Noble
Jonathan G. D'Errico
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
johnr@blbglaw.com
jeremy@blbglaw.com
alexander.noble@blbglaw.com
john.esmay@blbglaw.com
jonathan.derrico@blbglaw.com

*Co-Counsel for Lead Plaintiff Sjunde AP-Fonden*